IN THE UNITED STATES COURT FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

| | |
|---|---|
| JAMES DAVID NAFUS,<br><br>　　　Plaintiff,<br><br>vs.<br><br>INTOWN SUITES,<br><br>　　　Defendant. | ORDER ADOPTING REPORT AND RECOMMENDATION<br><br><br><br>Case No. 2:08-CV-847<br>Judge Dee Benson |

　　　Before the Court is the Report and Recommendation issued by United States Magistrate Judge Brooke C. Wells on May 22, 2009, recommending that this case be dismissed for failure to provide the court with the requisite proof of service to show that the summons and complaint have been served on the defendant in accord with Rule 4(m) of the Federal Rules of Civil Procedure.

　　　The parties were notified of their right to file objections to the Report and Recommendation within ten (10) days after receiving it. Neither party has filed such an objection.

　　　Having reviewed all relevant materials, including the reasoning set forth in the Magistrate Judge's Report and Recommendation, the Court ADOPTS the Report and

Recommendation and DISMISSES this case, without prejudice.

    IT IS SO ORDERED.

    Dated this 29th day of June, 2009.

                                                              Dee Benson  
                                                              United States District Judge